

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**U-SAVE AUTO RENTAL OF AMERICA, INC.**          **PLAINTIFF/COUNTER-DEFENDANT**

**VS.**                                          **CIVIL ACTION NO. 3:15cv00348-DPJ-FKB**

**ROBERT M. BARTON**                             **DEFENDANT/COUNTER-PLAINTIFF**

---

## APPLICATION FOR WRIT OF GARNISHMENT

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Defendant/Counter-Plaintiff, Robert M. Barton, hereby makes application to the Clerk of the United States District Court to issue a Writ of Garnishment in the above case to satisfy a judgment rendered on February 12, 2016, against Plaintiff/Counter-Defendant, U-Save Auto Rental of America, Inc., for $596,645.44, plus accrued interest in the amount of $112,829.92, through February 29, 2016, computed at the rate of 8.0%. The balance of the judgment that remains unsatisfied as of February 29, 2016, including accrued interest is $709,475.36

The undersigned hereby suggests that **REGIONS BANK** may have funds on account and may be indebted to or have property in its hands belonging to U-Save Auto Rental of America, Inc.

You are hereby requested to issue a Writ of Garnishment as directed by law to Regions Bank, who may be served by delivering a copy of the Writ of Garnishment to any bank officer.

WITNESS MY SIGNATURE this the 29th day of February, 2016.

O. STEPHEN MONTAGNET, III
Attorney for Plaintiff

OF COUNSEL:

O. Stephen Montagnet, III, MSB #10049
W. Thomas McCraney, III, MSB #10171
McCraney Montagnet Quin & Noble, PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi 39157
(601) 707-5725
(601) 510-2939 fax

<u>**CERTIFICATE OF SERVICE**</u>

I, O. Stephen Montagnet, III, attorney for Defendant/Counter-Plaintiff, Robert M. Barton, do hereby certify that I have this date caused to be served through the Court's CM/ECF filing system, the foregoing pleading, which sent electronic notification of this document's filing to all counsel of record.

This the 29th day of February 2016.

By: */s/ O. Stephen Montagnet, III*
   O. Stephen Montagnet, III
   *Attorney for Plaintiff/Counter-Defendant*