



July 19, 2016


Mr. Arthur Johnston
United state District Clerk,
501 Court Street Suite 2500,
Jackson, MS 39201

To Whom It May Concern:

Re: ROBERT BARTON / Case # 3:15CV00348-DPJ-FKB

Please be advised that we were unable to process the order regarding the employee referenced above for the following reason.

We do not have enough information to verify this employee. Please provide more information to help identify the employee. This can be SSN, Date of birth, home address etc.

Any questions in reference to this notification should be directed to Aon Hewitt, who administers the wage garnishment process on behalf of Bank of America. The Garnishment Shared Service is available via phone between 8:00 a.m. and 8:00 p.m., Eastern Standard Time, Monday through Friday, at 855-596-5413.

Sincerely,

Aon Hewitt

Garnishment Shared Service Team



01487

