**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**U-SAVE AUTO RENTAL OF AMERICA,
INC.**                                                              **PLAINTIFF/COUNTER-DEFENDANT**

**vs.**                                                              **CIVIL ACTION NO. 3:15cv348-DPJ-FKB**

**ROBERT M. BARTON**         **DEFENDANT/COUNTER-PLAINTIFF/GARNISHOR**

**vs.**

**REGIONS BANK**                                                              **GARNISHEE**

**MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR REGIONS BANK**

COME NOW Regions Bank, Michael Scott Jones, William Brabec and Lindsey Watson and the law firm of Adams & Reese LLP and Benjamin M. Watson of the law firm of Butler Snow LLP, and respectfully move this Honorable Court for an order allowing Mr. Jones, Mr. Brabec and Ms. Watson and Adams & Reese LLP to withdraw as counsel of record in this cause for Garnishee Regions Bank and to substitute Benjamin M. Watson and the law firm of Butler Snow LLP as counsel of record for Garnishee Regions Bank.

WHEREFORE, PREMISES CONSIDERED, Regions Bank, Michael Scott Jones, William Brabec and Lindsey Watson and the law firm of Adams & Reese LLP, respectfully move this Honorable Court for leave to withdraw as counsel of record for Garnishee Regions Bank in this cause; and

Regions Bank, Benjamin M. Watson and the law firm of Butler Snow LLP respectfully move this Honorable Court for an order substituting them as counsel of record for Garnishee Regions Bank in this cause.

1

Respectfully submitted this the 25th day of July, 2016.

        Respectfully submitted,

        REGIONS BANK

  By: *s/ William C. Brabec (MSB#4240)*
     William Brabec (MSB #4240)
     Michael S. Jones (MSB#102239)
     Lindsey Watson (MSB#103329)
     ADAMS & REESE LLP
     1018 Highland Colony Parkway, Suite 800
     Ridgeland, MS 39157
     (P) (601) 353-3234
     (F) (601) 355-9708
     Scott.jones@arlaw.com
     Bill.brabec@arlaw.com
     Lindsey.oswalt@arlaw.com

  By: *s/ Benjamin M. Watson (MSB #100078)*
     Benjamin M. Watson (MSB #100078)
     BUTLER SNOW LLP
     200 Renaissance at Colony Park, Suite 1400
     1020 Highland Colony Parkway (39157)
     Post Office Box 6010
     Ridgeland, MS 39158-6010
     (P) (601) 948-5711
     (F) (601) 985-4500
     (E) ben.watson@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Benjamin M. Watson, one of the attorneys for Regions Bank, do hereby certify that I have this day caused a true and correct copy of the foregoing instrument to be delivered to the following, via the means indicated by CM/ECF:

 John B. Gillis
 JOHN B. GILLIS, ATTORNEY

221 Market Street
Post Office Box 185
Water Valley, Mississippi  38965

Stephen A. Brandon
STEPHEN A. BRANDON, ATTORNEY AT LAW
2648 Ridgewood Road
Suite B
Jackson, Mississippi  39216

ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT U-SAVE AUTO RENTAL OF AMERICA, INC.

W. Thomas McCraney III
O. Stephen Montagnet III
MCCRANEY MONTAGNET QUIN & NOBLE PLLC
602 Steed Road, Suite 200
Ridgeland, Mississippi  39157-9428

ATTORNEY FOR DEFENDANT/COUNTER-PLAINTIFF/GARNISHOR, ROBERT M. BARTON

THIS the 25th day of July, 2016.

                                              s/ *Benjamin M. Watson (MSB #100078)*
                                                 Benjamin M. Watson (MSB #100078)

32045419v1