UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| U-SAVE AUTO RENTAL OF AMERICA, INC. | ) |
| PLAINTIFF | ) |
| V. | ) NO. 3:15-CV-348-DPJ-FKB |
| ROBERT M. BARTON | ) |
| DEFENDANT | ) |

### SATISFACTION OF JUDGMENTS

Judgment was rendered in favor of the above-named Robert M. Barton (Barton) and against U-Save Auto Rental of America, Inc. in the above-entitled action on the 12 February 2016 in the principal amount of $596,645.44. A garnishment judgment was rendered in favor of Barton and against Regions Bank in the above-entitled action on the 23 June 2016 in the amount of $653,232.21. Barton, the judgment creditor, acknowledges receipt of full payment from Regions Bank on the garnishment judgment, and Barton acknowledges that both the 12 February 2016 judgment against U-Save Auto Rental of America, Inc. and the 23 June 2016 garnishment judgment against Regions Bank have been satisfied with the payment made by Regions Bank to Barton. Barton acknowledges that all judgment roll entries which have been made regarding the judgments against U-Save Auto Rental of America, Inc. and Regions Bank will be marked satisfied within 30 days from the entry of this document on the docket.

ROBERT M. BARTON

28 U.S.C. § 1746 DECLARATION OF ROBERT M. BARTON

COUNTY OF __LEE__ )
STATE OF __FLORIDA__ )

I declare under penalty of perjury that the foregoing is true and correct. Executed on _August 15, 2016_

ROBERT M. BARTON



CINDY L JONES
MY COMMISSION #FF085851
EXPIRES January 23, 2018
(407) 398-0153    FloridaNotaryService.com