# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————————

No. 16-60503

———————————

U-Save Auto Rental of America, Incorporated

      Plaintiff

v.

ROBERT M. BARTON,

      Defendant - Appellee

v.

REGIONS BANK,

      Appellant



A True Copy
Certified order issued Aug 23, 2016

*Jyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

———————————

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

———————————

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of August 23, 2016, pursuant to the stipulation of the parties.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT